**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**CAROLINA CERMENO BOLANOS** — **CIVIL CASE NO. 6:26-CV-01146**
**SECTION P**

**VERSUS** — **JUDGE DAVID C. JOSEPH**

**SHAD RICE ET AL** — **MAGISTRATE JUDGE DAVID J. AYO**

# JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 17] of the Magistrate Judge, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 21st day of August 2026.



DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE